## Buell & Elligett, P.A.
3003 W. Azeele Street
Suite 100
Tampa, FL 33609-3147
Telephone - (813) 874-2600 Fax - (813) 874-1760
Federal Tax ID No. 59-3036635

Phyllis Kirkwood
3102 West Oaklyn Avenue
Tampa, FL 33609
Attention: Orline Sidman

March 07, 2013
Client: 000985
Matter: 000001
Invoice #: 0
Page: 1

Re: TGH v. Sidman/Kirkwood
Collection Action

For Professional Services Rendered Through March 08, 2013

### SERVICES

| Date | Timekeeper | Description of Services | Hours |
|---|---|---|---|
| 4/16/2012 | STF | Review and analyze complaint and exhibits; legal research regarding claims alleged and motion to dismiss. | 1.8 |
| 4/17/2012 | STF | Legal research regarding claims for account stated, open account, and quantum meruit; preparation of motion to dismiss. | 1.8 |
| 4/18/2012 | STF | Preparation of motion to dismiss. | 1.8 |
| 4/19/2012 | STF | Preparation of interrogatories and request to produce. | 1.8 |
| 5/16/2012 | RTE | Review order; analysis. | 0.4 |
| 5/23/2012 | MM | File review. | 0.1 |
| 6/4/2012 | MPB | Review file. Preparation of letter to opposing counsel re discovery. | 0.3 |
| 6/28/2012 | MPB | Call from atty May. Review file. Schedule motions for hearing and Review emails. | 0.9 |
| 7/17/2012 | MPB | Review file and pleadings. Prepare for and Representation at hearing on pending motions. | 3.9 |
| 7/17/2012 | STF | Legal research regarding waiver of objections due to failure to respond to discovery request. | 1.8 |
| 7/18/2012 | MPB | Preparation of draft order. Review file and pleadings. | 0.6 |


EXHIBIT A

March 07, 2013
Client:         000985
Matter:         000001
Invoice #:           0

Page:           2

## SERVICES

| Date | Timekeeper | Description of Services | Hours |
|---|---|---|---|
| 7/19/2012 | MPB | Review and revise order. Preparation of letter to atty May. | 0.5 |
| 7/20/2012 | MPB | Review email and Review and revise order. Preparation of letter to Judge Arnold. | 0.5 |
| 8/21/2012 | STF | Preparation of motion to strike pleadings; legal research regarding motion to strike pleadings. | 1.8 |
| 8/23/2012 | MPB | Review and revise notice to show cause. Preparation of draft motion to strike pleadings. | 1.0 |
| 8/23/2012 | STF | Legal research regarding motion to strike pleadings for failuret to comply with court orders. | 1.8 |
| 11/7/2012 | STF | Preparation for hearing on motion to strike pleadings. | 1.8 |
| 11/9/2012 | STF | Legal research regarding statute of limitations defense not available against compulsory counterclaim; preparation of memo to file regarding same. | 1.8 |
| 11/16/2012 | MPB | Call from Sidman. Call to atty Kelly. | 0.4 |
| 1/7/2013 | MPB | Review email from Kelly re settlement. | 0.1 |
| 2/15/2013 | RTE | Review & prepare email; call with counsel. | 0.6 |

## RECAPITULATION

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| MPB | Mark P. Buell | 8.2 | $475.00 | $3,895.00 |
| RTE | Raymond T. Elligett | 1.0 | $475.00 | $475.00 |
| STF | Shirley T. Faircloth | 16.2 | $350.00 | $5,670.00 |
| MM | Mindy Mallory | 0.1 | $150.00 | $15.00 |
| | | | | $10,055.00 |

*- 1070*
*$ 9049 50 MB*

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 4/23/2012 | Postage | $3.20 |
| 4/23/2012 | Photocopies of Motion to Dismiss & Discovery Requests (40 @ $0.25) | $10.00 |
| 7/2/2012 | Postage | $0.90 |
| 7/2/2012 | Postage | $0.90 |
| 7/2/2012 | Photocopies (12 @ $0.25) | $3.00 |

06/12/2013 4:57 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 3

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 7/3/2012 | Postage | $0.90 |
| 7/12/2012 | Photocopies of discovery from TGH (36 @ $0.25) | $9.00 |
| 7/19/2012 | Postage | $0.45 |
| 7/20/2012 | Riesdorph Reporting Group, Inc.- Court Reporter Charges- 07/17/12 hearing | $85.00 |
| 7/20/2012 | Postage | $2.85 |
| 7/27/2012 | Postage | $0.90 |
| 8/16/2012 | Photocopies (19 @ $0.25) | $4.75 |
| 8/20/2012 | Postage | $0.45 |
| 8/24/2012 | Postage | $3.40 |
| 8/24/2012 | Photocopies of Motion/Strike and Motion/Show Cause/Order (48 @ $0.25) | $12.00 |
| 9/12/2012 | Postage | $0.45 |
| 9/12/2012 | Photocopies (2 @ $0.25) | $0.50 |
| 9/27/2012 | Postage | $0.90 |
| 9/27/2012 | Photocopies (7 @ $0.25) | $1.75 |
| 10/4/2012 | Postage | $1.10 |
| 10/9/2012 | Postage | $1.35 |
| 10/10/2012 | Postage | $0.90 |
| 10/10/2012 | Postage | $0.90 |
| 10/10/2012 | Photocopies (6 @ $0.25) | $1.50 |
| 10/11/2012 | Postage | $0.45 |
| 11/7/2012 | Photocopies (2 @ $0.25) | $0.50 |
| 11/7/2012 | Postage | $0.45 |
| 11/8/2012 | Photocopies (12 @ $0.25) | $3.00 |
| 11/8/2012 | Photocopies (10 @ $0.25) | $2.50 |
| 11/8/2012 | Postage | $2.45 |
| 11/15/2012 | Postage | $0.45 |
| 11/26/2012 | Postage | $0.45 |
| | **Total Disbursements** | **$157.30** |

| | |
|---|---|
| Total Services | $10,055.00 |
| Total Disbursements | $157.30 |
| Total Current Charges | $10,212.30 |

**PAY THIS AMOUNT**   ~~$10,212.30~~

$ 9206 ⁸⁰

MB

*Please Remit Payment Within 15 Days*