UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CULBREATH ISLES PROPERTY
OWNERS ASSOCIATION, INC.,
ORLINE M. SIDMAN, AND
FLORIDA POLICYHOLDERS, LLC,

    Plaintiffs,

v.                                        Case Number: 8:12-cv-02928-RAL-EAJ

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant.
_____/

**FLORIDA POLICYHOLDERS' NOTICE OF FILING ADDITIONAL DOCUMENTS IN SUPPORT OF FLORIDA POLICYHOLDERS' REPLY TO TRAVELERS' RESPONSE TO FLORIDA POLICYHOLDER'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Florida Policyholders, LLC ("FP"), through undersigned counsel, files this notice of filing the following additional documents in support of its Reply to Travelers' Response to Florida Policyholders' Motion for Summary Judgment:

1. The June 24, 2014 Deposition of Mark Buell;

2. The June 24, 2013 Deposition of Orline Sidman.

                                              Respectfully submitted,

                                              /s/ 
                                              George A. Vaka, Esq.
                                              Florida Bar No. 374016
                                              gvaka@vakalaw.com
                                              Nancy A. Lauten, Esq.
                                              Florida Bar No. 0593052
                                              nlauten@vakalaw.com
                                              Vaka Law Group
                                              777 S. Harbour Island Blvd., Suite 300
                                              Tampa, Florida 33602

Tel: (813) 549-1799
Fax: (813) 549-1790
ATTORNEYS FOR PLAINTIFF
FLORIDA POLICYHOLDERS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: None.

_____
Attorney