UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERKS MINUTES - GENERAL

CASE NO.  8:12-cv-2928-T-26EAJ                     DATE:  August 14, 2015

TITLE: Culbreath Isles Property Owners Assoc., et al.,   v.   Traveler's Casualty & Surety Co., of America

Time: 8:55  -   9:55    = 1.0                             Courtroom: 15B

JUDGE: **RICHARD A. LAZZARA**            COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER:  Sherry Jackson         INTERPRETER: N/A

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| George Vaka | Andrew Tramont |
| Mark Buell | Bradley Aserlind |
| Raymond Elligett | |

PROCEEDINGS:  **BENCH TRIAL   (Day 4)**

All Pltfs rests.

Court discussed Pltf's Memo in support of Trial Brief re: Vouching in a Indemnity filed today.

Deft's Oral Motion for Judgment as a matter of law with oral argument.

Pltf, Florida Policyholders LLC oral argument in opposition to deft's motion for judgment as a matter of law.

Pltf, Orline Sidman adopts the oral argument of Florida Policyholders

Court Denies deft's oral motion for matter of law as stated on the record

Parties to order transcript and spit the costs.  Trial transcript to be filed by August 28th.

Court: Matter taken under advisement and directs Parties to submit initial brief by September 11th and rebuttal brief by September 18th.