UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Culbreath Isles Property Owners Association, Inc.,
Orline M. Sidman, Florida Policyholders, LLC

Case No: 8:12-cv-02928-RAL-EAJ

v.

|       | Evidentiary |
|-------|-------------|
| X     | Trial       |
|       | Other       |

Travelers Casualty and Surety
Company of America

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Policy |
| 2 | | | | Kirkwood Complaint (Underlying Action) |
| 3 | | | | Lewis Complaint (Underlying Action) |
| 4 | | | | Hearing Transcript excerpt (Culbreath argues claims made in Motion to Dismiss) |
| 5 | | | | Lewis First Motion to Dismiss (12/12/08) |
| 6 | | | | Kirkwood fee agreement letter |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | Kirkwood check images |
| 8 | | | | Kirkwood Answer and Counterclaim (4/7/09) |
| 9 | | | | Litchfield Cavo retention letter (8/4/09) |
| 10 | | | | Morin coverage analysis re: Kirkwood (8/5/09) |
| 11 | | | | Culbreath Motion to Consolidate and Stay (8/21/09) |
| 12 | AUG 12 2015 | AUG 12 2015 | S. Chibani | 2010 Policy Renewal Application |
| 13 | AUG 12 2015 | AUG 12 2015 | M. Buell | Kirkwood Motion to Dismiss or alternatively for Summary Judgment (3/19/10) |
| 14 | | | | Lofaro email to Morin mentioning "related case" (3/23/10) |
| 15 | AUG 12 2015 | AUG 12 2015 | M. Buell | Hearing transcript for Kirkwood's Motion to Dismiss/for Summary Judgment (4/9/10) |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 16 | | | | Lofaro email to Morin naming the Lewises for the first time (6/7/10) |
| 17 | | | | Lewis Motion for Fees (6/23/10) |
| 18 | | | | Friscia to Morin letter tendering Lewis claim (7/20/10) |
| 19 | | | | Morin to Friscia email denying coverage (8/5/10) |
| 20 | | | | Buell to Friscia letter re: fees to be claimed (8/11/10) |
| 21 | | | | Morin to Friscia email denying coverage (8/26/10) |
| 22 | | | | Morin official coverage denial letter for Lewis (10/27/10) |
| 23 | | | | Kirkwood Joint Stipulation and Agreement |
| 24 | | | | Buell letter to Judge Baumann with attachments (12/27/10) |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 25 | | | | Consent Final Judgment signed by Judge Baumann (12/29/10) |
| 26 | | | | Promissory Note |
| 27 | AUG 12 2015 | AUG 12 2015 | S. Frick | Frick to Friscia email re: settlement (1/4/11) |
| 28 | AUG 12 2015 | AUG 12 2015 | S. Frick | Friscia to Frick letter re: settlement (1/6/11) |
| 29 | AUG 12 2015 | AUG 12 2015 | S. Frick | Bernet to Friscia letter re: settlement (1/6/11) |
| 30 | AUG 12 2015 | AUG 12 2015 | S. Frick | Lewis Final Judgment |
| 31 | AUG 12 2015 | AUG 12 2015 | S. Frick | Lewis Settlement Agreement |
| 32 | AUG 13 2015 | AUG 13 2015 | O. Sedman | Petition for Sidman's appointment as guardian (1/6/11) |
| 33 | | | | Findings of Probate Court Magistrate (2/7/11) |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 34 | | | | Letters of Plenary Guardianship (2/17/11) |
| 35 | | AUG 13 2015 | O. Sidman | Order Determining Total Incapacity (2/17/11) |
| 36 | | | | Notice of Death of Ward (1/25/13) |
| 37 | | | | Kirkwood Will |
| 38 | | | | TGH v. Sidman docket |
| 39A | | | | Statement of Claim by Buell & Elligett |
| 39B | | | | Buell & Elligett invoices for TGH v. Sidman |
| 40A | | | | Motion to Approve Settlement |
| 40B | | | | TGH v. Sidman Settlement |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 41 | | | | Order Approving TGH Settlement (2/6/13) |
| 42A | AUG 12 2015 | AUG 12 2015 | M. Buell | Buell affidavit |
| 42B | AUG 12 2015 | AUG 12 2015 | M. Buell | Buell to Friscia letter re: fees (8/11/10) |
| 42C | AUG 12 2015 | AUG 12 2015 | M. Buell | Buell & Elligett time records (Culbreath v. Kirkwood) |
| 42D | AUG 12 2015 | AUG 12 2015 | M. Buell | Buell to Friscia letter re: settlement (12/16/10) |
| 42E | AUG 12 2015 | AUG 12 2015 | M. Buell | Friscia handwritten notes back to Buell re: settlement |
| 43 | | | | Frisica affidavit and bills |
| 44 | | | | Frick affidavit and bills |
| 45 | | | | Buell to Tramont email (8/9/13) |

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 46 | | | | Travelers claim notes |
| 47 | | | | Hearing transcript for Lewises Motion for Fees (1/19/11) |
| 48 | | | | Hearing trnascript for consolidation (10/9/09) |
| 49 | | | | Order granting Lewises' Motion for Fees (8/11/10) |
| 50 | | | | Joint Stipulation for Substitution of Ben Lofaro and Court Order Substituting Lofaro as Counsel |
| 51 | | | | Expert Report of Gary Schaaf |
| 52 | AUG 12 2015 | AUG 12 2015 | B Lafora | Email from Lofara to Melissa Morin - 2/16/2011 |
| 53 | AUG 13 2015 | AUG 13 2015 | F. Friscia | Expert Report Micheel Addison concerning Buell + Elligett Billing |
| 54 | | AUG 13 2015 | F. Friscie | Expert Report of Michael Addison concerning Kaso, Shutu Billing |