## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CULBREATH ISLES PROPERTY
OWNERS ASSOCIATION, INC.,
and ORLINE M. SIDMAN,
*as plenary guardian and on behalf of*
*Phyllis Ann Kirkwood*, and
FLORIDA POLICYHOLDERS, LLC,

   Plaintiffs,

v.              CASE NO: 8:12-cv-2928-T-26EAJ

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

   Defendant.

_____/

## O R D E R

Due to unforeseen circumstances, the Court Reporter has requested an extension of time within which to file the transcript of the bench trial. **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

  1)  The date for the filing of the transcript is extended until **September 8, 2015**.

  2)  The initial briefs from the parties shall be filed no later than **September 22, 2015**.

  3)  Any reply brief shall be filed no later than **September 29, 2015**.

**DONE AND ORDERED** at Tampa, Florida, on August 25, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record